DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 OCTOBER 2014

| | | | |
|---|---|---|---|
| 2521P11-2 | Michael I Cinoman, M.D. and Medical Mutual Insurance Company of North Carolina v. The University of North Carolina; the University of North Carolina Healthcare System d/b/a the University of North Carolina Hospitals at Chapel Hill; the University of North Carolina d/b/a the School of Medicine of the University of North Carolina at Chapel Hill; the University of North Carolina d/b/a the University of North Carolina Liability Insurance Trust Fund; William L. Roper in his capacity as Dean of the School of Medicine of the University of North Carolina Chapel Hill; Brian Goldstein in his capacity as Chairman of the University of North Carolina Liability Insurance Trust Council; and Thomas M. Stern, as Guardian ad Litem for Armani Wakefall; and WakeMed | Def's PDR Under N.C.G.S. § 7A-31 (COA13-902-2) | Denied |
| 629P01-2 | State v. John Edward Butler | Def's *Pro Se* Motion to Appoint Counsel | Denied |